IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Von Bergen, Lillian | Case Number: 06 B 00871 |
| | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 2/1/06 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: April 9, 2008
Confirmed: April 12, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 10,610.00 | |
| Secured: | | 7,547.30 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 2,513.00 |
| Trustee Fee: | | 549.70 |
| Other Funds: | | 0.00 |
| Totals: | 10,610.00 | 10,610.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Thomas R Hitchcock | Administrative | 2,513.00 | 2,513.00 |
| 2. | HomEq Servicing Corp | Secured | 0.00 | 0.00 |
| 3. | HomEq Servicing Corp | Secured | 8,165.50 | 7,547.30 |
| 4. | Jefferson Capital | Unsecured | 2,145.51 | 0.00 |
| 5. | Capital One | Unsecured | 1,968.44 | 0.00 |
| 6. | Asset Acceptance | Unsecured | 385.09 | 0.00 |
| 7. | RoundUp Funding LLC | Unsecured | 1,484.70 | 0.00 |
| 8. | RoundUp Funding LLC | Unsecured | 581.85 | 0.00 |
| 9. | National Capital Management | Unsecured | 2,054.13 | 0.00 |
| 10. | Thomas R Hitchcock | Priority | | No Claim Filed |
| 11. | Armor Systems Co | Unsecured | | No Claim Filed |
| 12. | Armor Systems Co | Unsecured | | No Claim Filed |
| 13. | Armor Systems Co | Unsecured | | No Claim Filed |
| 14. | Armor Systems Co | Unsecured | | No Claim Filed |
| 15. | Armor Systems Co | Unsecured | | No Claim Filed |
| 16. | Armor Systems Co | Unsecured | | No Claim Filed |
| 17. | Armor Systems Co | Unsecured | | No Claim Filed |
| 18. | Armor Systems Co | Unsecured | | No Claim Filed |
| 19. | Armor Systems Co | Unsecured | | No Claim Filed |
| 20. | Dependon Collections Service | Unsecured | | No Claim Filed |
| 21. | Fingerhut | Unsecured | | No Claim Filed |
| 22. | Sherman Acquisition | Unsecured | | No Claim Filed |
| 23. | Jeffcapsys | Unsecured | | No Claim Filed |
| 24. | Island National Group | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Von Bergen, Lillian | Case Number: 06 B 00871 |
|---|---|
|  | Judge: Squires, John H |
| Printed: 5/20/08 | Filed: 2/1/06 |

| 26. Citibank | Unsecured |  | No Claim Filed |
|---|---|---|---|
|  |  | _____ | _____ |
|  |  | $ 19,298.22 | $ 10,060.30 |

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.5% | 112.75 |
| 5% | 80.25 |
| 4.8% | 151.09 |
| 5.4% | 205.61 |
|  | _____ |
|  | $ 549.70 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

